**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christopher D. Mamula<br>Theresa Heinmiller<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 20-21203 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ **Brian C. Nicholas**
                        Brian Nicholas
                        18 Jan 2022, 16:11:58, EST

                        Brian C. Nicholas, Esq. (317240) ☑
                        Maria D. Miksich, Esq. (319383) ☐
                        Denise Carlon, Esq. (317226)   ☐
                        Rebecca A. Solarz, Esq. (315936) ☐
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        bkgroup@kmllawgroup.com