# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21203-GLT |
| CHRISTOPHER D. MAMULA, | : | Chapter 13 |
| THERESA HEINMILLER, | : | |
|                Debtors. | : | |
| | : | |
| | : | Document No. |
| CHRISTOPHER D. MAMULA, | : | |
| THERESA HEINMILLER, | : | |
|                Movants, | : | |
| | : | **Date and time of hearing:** |
| | : | **September 14, 2022 at 1:00 p.m.** |
| All Parties on Court Mailing Matrix, and | : | |
| Ronda Winnecour, Trustee, | : | |
|                Respondents. | : | |

## NOTICE OF HEARING WITH RESPONSIVE DEADLINE ON DEBTORS' MOTION FOR RELIEF FROM STAY OF 11 USC §362 TO PURSUE DISSOLUTION OF MARRIAGE IN STATE COURT

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **August 14, 2022,** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov . If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

An in-person hearing will be held on **September 14, 2022 at 1:00 p.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information ) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf ).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service:  July 27, 2022                    /s/Amy L. Zema
                                                                        Amy L. Zema, Esquire
                                                                        PA ID: 74701
                                                                        2366 Golden Mile Highway, #155
                                                                        Pittsburgh, PA 15239
                                                                        (412) 744-4450
                                                                        amy@zemalawoffice.com
                                                                        *Attorney for Debtors*