## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21203-GLT |
| CHRISTOPHER D. MAMULA, | : | Chapter 13 |
| THERESA HEINMILLER, | : | |
| Debtors. | : | |
| | : | |
| | : | Document No. |
| CHRISTOPHER D. MAMULA, | : | |
| THERESA HEINMILLER, | : | |
| Movants, | : | |
| | : | **Date and time of service:** |
| v. | : | **September 14, 2022 at 1:00 p.m.** |
| | : | |
| | : | |
| All Parties on Court Mailing Matrix, and | : | |
| Ronda Winnecour, Trustee, | : | |
| Respondents. | : | |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 27, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than August 14, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: August 22, 2022                           /s/Amy L. Zema
                                                Amy L. Zema, Esquire
                                                PA ID: 74701
                                                2366 Golden Mile Highway, #155
                                                Pittsburgh, PA 15239
                                                (412) 744-4450
                                                amy@zemalawoffice.com
                                                *Attorney for Debtors*