IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21203-GLT |
| CHRISTOPHER D. MAMULA, | : | Chapter 13 |
| THERESA HEINMILLER, | : | |
| Debtors. | : | |
| | : | |
| | : | Document No. |
| CHRISTOPHER D. MAMULA, | : | |
| THERESA HEINMILLER, | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS

Former Address:

    Debtor's Name:  CHRISTOPHER D. MAMULA

    Former Address: 3920 South Mountain Road, Knoxville, Maryland 21758

New Address:

    Debtor's Names:  CHRISTOPHER D. MAMULA

    New Address: 1466 Mobley Court, Frederick, MD 21701

Dated: October 24, 2022                  /s/ Amy L. Zema
                                                              Amy L. Zema, Esquire
                                                               Attorney for Debtors
                                                               PA ID: 74701
                                                               2366 Golden Mile Hwy., #155
                                                                Pittsburgh, PA 15239
                                                                (412) 744-4450 Telephone
                                                                amy@zemalawoffice.com