---

Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1    Christopher D. Mamula

Debtor 2    Theresa Heinmiller

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   20-21203 GLT

---

Official Form 410S1

# Notice of Mortgage Payment Change                    **12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: AmeriHome Mortgage Company, LLC**          **Court claim no**. (if known): <u>N/A</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>2919</u>

**Date of payment change:**
Must be at least 21 days after date of this notice          <u>01/01/2023</u>

**New total payment:**          $<u>2175.30</u>
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment:  $<u>575.84</u>          New escrow payment:   $ <u>697.59</u>

## Part 2:   Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    Current interest rate: _____%          New interest rate: _____%

    Current principal and interest payment: $_____    New principal and interest payment:  $_____

## Part 3:   Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

    Reason for change:_____

    Current mortgage payment: $_____          New mortgage payment:  $_____

---

Document ID: 635af27fd694a5452a0209670283604e4f570cd0105082add767fa6a72fd8e9a

| Debtor(s) | <u>Christopher D. Mamula, Theresa Heinmiller</u> | | Case number *(if known)* 20-21203 GLT |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Denise Carlon*
Signature
**Print:** Denise Carlon
08 Dec 2022, 17:43:07, EST

Date    12/08/2022

Title   <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>          <u>Market Street, Suite 5000</u>
           Number          Street
           Philadelphia,                      PA    19106

           City                          State    ZIP Code

Contact phone   (215) 627–1322                Email <u>bkgroup@kmllawgroup.com</u>

Document ID: 635af27fd694a5452a0209670283604e4f570cd0105082add767fa6a72fd8e9a