# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Theresa Heinmiller<br>Christopher D. Mamula<br>                                Debtor(s) | BK NO. 20-21203 GLT<br><br>Chapter 13 |
| AmeriHome Mortgage Company, LLC<br>                                Movant<br>vs.<br><br>Theresa Heinmiller<br>Christopher D. Mamula<br>                                Debtor(s)<br><br>Ronda J. Winnecour,<br>                                Trustee | Related to Claim No. N/A |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Theresa Heinmiller
3920 South Mountain Road
Knoxville, MD 21758

Christopher D. Mamula
1466 Mobley Court,
Frederick, MD 21701

Attorney for Debtor(s)
Amy L. Zema, Law Office of Amy L. Zema
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: December 9, 2022

                                                                                **/s/Denise Carlon Esquire**
                                                                                Denise Carlon Esquire
                                                                                Attorney I.D. 317226
                                                                                KML Law Group, P.C.
                                                                                BNY Mellon Independence Center
                                                                                701 Market Street, Suite 5000
                                                                                Philadelphia, PA 19106
                                                                                201-549-2363
                                                                                dcarlon@kmllawgroup.com