IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21203-GLT |
| CHRISTOPHER D. MAMULA, | : | |
| THERESA HEINMILLER, | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| THERESA HEINMILLER, | : | |
| Movant, | : | Motion No. ☐ WO-1 |
| v. | : | Motion No. X WO-2 |
| | : | |
| | : | Document No. |
| TRUSTPOINT TRANSLATIONS, LLC, | : | Related to Document No. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on January 24, 2023, via first class mail postage prepaid:

**Trustpoint Translations, Inc., 3200 Cobb Galleria Parkway, Suite 200, Atlanta, GA 30339**

Executed on:   January 24, 2023

s/Amy L. Zema
Amy L. Zema, Esquire
PA ID 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
412-744-4450
*Attorney for Debtor*
