**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>CHRISTOPHER D. MAMULA<br>THERESA HEINMILLER<br>　　　　Debtor(s) | Case No. 20-21203GLT |
| RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>AMERIHOME MORTGAGE COMPANY LLC<br>　　　　Respondents | Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the Post Petition Claim (1305) to be issued in this case and relating to Debtor's account number 4741.

Regular mortgage payments are currently being directed to the following creditor at the following address:

AMERIHOME MORTGAGE COMPANY LLC
C/O CENLAR FSB
ATTN PAYMENT PROCESSING
425 PHILLIPS BLVD
EWING,NJ 08618

Movant has been requested to send payments to:
FREEDOM MORTGAGE CORPORATON
10500 KINCAID DR
FISHERS IN 46037

0698

The Chapter 13 Trustee's CID Records of AMERIHOME MORTGAGE COMPANY LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 1/5/2024.

|  |  |  |
|---|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>CHRISTOPHER D. MAMULA, 1466 MOBLEY COURT, FREDERICK, MD 21701 | DEBTOR(S):<br>THERESA HEINMILLER, 3920 SOUTH MOUNTAIN ROAD, KNOXVILLE, MD 21758 |
| DEBTOR'S COUNSEL:<br>AMY L ZEMA ESQ, 2366 GOLDEN MILE HWY #155, PITTSBURGH, PA 15239-2710 | :<br>FREEDOM MORTGAGE CORPORATION, ATTN PAYMENT PROCESSING, 10500 KINCAID DR, FISHERS, IN 46037 |
| ORIGINAL CREDITOR:<br>AMERIHOME MORTGAGE COMPANY LLC, C/O CENLAR FSB, ATTN PAYMENT PROCESSING, 425 PHILLIPS BLVD, EWING, NJ 08618 | ORIGINAL CREDITOR'S COUNSEL:<br>BROCK & SCOTT PLLC*, 3825 FORRESTGATE DR, WINSTON SALEM, NC 27103 |
| NEW CREDITOR:<br>FREEDOM MORTGAGE CORPORATON<br>10500 KINCAID DR<br>FISHERS IN 46037 | |