**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/16/2024

IN RE:

| | |
|---|---|
| CHRISTOPHER D. MAMULA<br>1466 MOBLEY COURT<br>FREDERICK, MD 21701<br>XXX-XX-3525        Debtor(s) | Case No. 20-21203 GLT<br><br>Chapter 13 |

THERESA HEINMILLER
3920 SOUTH MOUNTAIN ROAD
KNOXVILLE, MD 21758
XXX-XX-6384

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/16/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Description / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4224 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 4  INT %: 5.25%<br>Court Claim Number: 1<br>CLAIM: 18,935.52<br>COMMENT: $@5.25%/COE-PL-CONF\*FR CARVANA-DOC 55 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7401 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 20-2<br>CLAIM: 2,636.67<br>COMMENT: X3707/SCH\*BARCLAYS\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2497 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,475.30<br>COMMENT: X6259/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5205 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 697.96<br>COMMENT: X1466/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0620 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 697.21<br>COMMENT: X5807/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6634 |
| **INDIGO CREDIT CARD++**<br>PO BOX 205458<br>DALLAS, TX 75320 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0923 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 594.64<br>COMMENT: X6807/SCH\*ULTA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3970 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CONSERV**<br>200 CROSS KEYS OFFICE PARK<br><br>FAIRPORT, NY  14450 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~CCAC/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1347 |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  689.74<br>COMMENT:  X1031/SCH*NO$/SCH*MERRICK BANK | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6704 |
| **QUANTUM3 GROUP LLC - AGENT DEVILLE ASSE**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM:  2,388.24<br>COMMENT:  X7325/SCG*BURROWERS FIRST*NO PAYMENT*CHARGE OFF 3/13/2017 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8656 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM:  2,044.28<br>COMMENT:  X3899/SCH*AMD | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5268 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM:  440.32<br>COMMENT:  X1299/SCH*MACYS | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5739 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:9-3<br>CLAIM:  2,946.06<br>COMMENT:  AMD | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6384 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  4,874.81<br>COMMENT:  X0586/SCH*AMAZON PRIME | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2910 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD  21236 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  850.85<br>COMMENT:  X0044/SCH*/SCH F DEBT INCURRED 10/2017 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4425 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD  21236 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0078 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI  48090 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM:  1,836.17<br>COMMENT:  X0013/SCH*CREDIT ONE BANK | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4024 |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGE <br> PO BOX 2011 <br><br> WARREN, MI 48090 | Trustee Claim Number:21  INT %: 0.00% <br> Court Claim Number:13 <br><br> CLAIM: 788.24 <br> COMMENT: X7655/SCH*CREDIT ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5278 |
| **MONEY LION** <br> PO BOX 1547 <br><br> SANDY, UT 84091-1547 | Trustee Claim Number:22  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4298 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number:23  INT %: 0.00% <br> Court Claim Number:12 <br><br> CLAIM: 1,940.67 <br> COMMENT: X9583/SCH*SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4224 |
| **SALLIE MAE BANK** <br> C/O SALLIE MAE <br> PO BOX 3319 <br><br> WILMINGTON, DE 19804 | Trustee Claim Number:24  INT %: 0.00% <br> Court Claim Number:19 <br><br> CLAIM: 0.00 <br> COMMENT: PMT/PL-CONF*161.87X60+2=LMT*X1357/SCH*SPEC CLASS/PL | CRED DESC: UNSECURED  (S) <br> ACCOUNT NO.: 6384 |
| **SST*** <br> ATTN BANKRUPTCY DEPT <br> POB 3999 <br><br> ST JOSEPH, MO 64503 | Trustee Claim Number:25  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3320 |
| **USAA FEDERAL SAVINGS BANK** <br> 10750 MCDERMOTT FWY <br><br> SAN ANTONIO, TX 78288-0596 | Trustee Claim Number:26  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0158 |
| **USAA FEDERAL SAVINGS BANK** <br> 10750 MCDERMOTT FWY <br><br> SAN ANTONIO, TX 78288-0596 | Trustee Claim Number:27  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0458 |
| **USAA FEDERAL SAVINGS BANK** <br> 10750 MCDERMOTT FWY <br><br> SAN ANTONIO, TX 78288-0596 | Trustee Claim Number:28  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0158 |
| **CREDIT ONE BANK** <br> POB 98873 <br><br> LAS VEGAS, NV 89193 | Trustee Claim Number:29  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **FREDERIC I WEINBERG ESQ** <br> THE LAW OFCS OF FREDERIC I WEINBERG & AS <br> 375 E ELM ST STE 210 <br><br> CONSHOHOCKEN, PA 19428 | Trustee Claim Number:30  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |

| | | |
|---|---|---|
| **SECOND ROUND LP++** <br> 4150 FREIDRICH LN <br> STE I <br><br> AUSTIN, TX  78744 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **BURTON NEIL++** <br> BURTON NEIL & ASSOC PC <br> 1060 ANDREW DR STE 170 <br><br> WEST CHESTER, PA  19380 | Trustee Claim Number:32  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **OFFICE OF US ATTORNEY** <br> 700 GRANT ST STE 4000 <br><br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:33  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number:34  INT %:  0.00% <br> Court Claim Number:5 <br><br> CLAIM:  331.91 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0191 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br><br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:35  INT %:  0.00% <br> Court Claim Number:9-3 <br><br> CLAIM:  5,946.95 <br> COMMENT:  CL9-3GOV*$/CL-PL@4%*STAT ISSUE*NO PRI/SCH*18-19/PL*AMD | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  6384 |
| **MIDLAND CREDIT MANAGEMENT INC** <br> PO BOX 2037 <br><br> WARREN, MI  48090 | Trustee Claim Number:36  INT %:  0.00% <br> Court Claim Number:15 <br><br> CLAIM:  1,421.24 <br> COMMENT:  NT/SCH*SYNCHRONY*AMAZON | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0940 |
| **REGENCY FINANCE CO** <br> 8211 TOWN CENTER DR <br><br> NOTTINGHAM, MD  21236 | Trustee Claim Number:37  INT %:  0.00% <br> Court Claim Number:16 <br><br> CLAIM:  672.02 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7847 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** <br> PO BOX 4457 <br><br> HOUSTON, TX  77210-4457 | Trustee Claim Number:38  INT %:  0.00% <br> Court Claim Number:17 <br><br> CLAIM:  66.48 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0001 |
| **DUQUESNE LIGHT COMPANY(*)** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:39  INT %:  0.00% <br> Court Claim Number:22 <br><br> CLAIM:  215.39 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7152 |
| **AMERIHOME MORTGAGE COMPANY LLC** <br> C/O CENLAR FSB <br> ATTN PAYMENT PROCESSING <br> 425 PHILLIPS BLVD <br> EWING, NJ  08618 | Trustee Claim Number:40  INT %:  0.00% <br> Court Claim Number:NCF <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/DECL*DKT4LMT*BGN 2/22*FR NORWICH*DOC 97*ND POA*NTC-RSV | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  4741 |

| Creditor | Claim Info | Description |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number: 41  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: AMERIHOME MORT/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br><br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 42  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: CL@43 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 6384 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br><br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 43  INT %: 0.00% <br> Court Claim Number: 9-3 <br><br> CLAIM: 12,802.92 <br> COMMENT: 6384;20,21*CL9-3GOV*$CL-PL@4%*STAT ISSUE*AMD | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 6384 |
| **BROCK & SCOTT PLLC*** <br> 3825 FORRESTGATE DR <br><br> WINSTON SALEM, NC  27103 | Trustee Claim Number: 44  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |