# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>CHRISTOPHER D MAMULA<br>THERESA HEINMILLER<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>    Movant<br><br><br><br><br><br>vs.<br><br>CHRISTOPHER D MAMULA<br>THERESA HEINMILLER,<br>    Debtors<br>and<br><br>RONDA J. WINNECOUR<br>    Respondent | Case No. 20-21203-GLT<br><br>Chapter 13<br><br><br>  Hearing Date: TBD<br><br>  Hearing Time: TBD<br><br>  Objection Date: TBD |

## **NOTICE OF CREDITOR'S CHANGE OF PAYMENT ADDRESS**

NAME:                          Freedom Mortgage Corporation


OLD PAYMENT ADDRESS:     10500 Kincaid Drive
                         Fishers, IN 46037

23-25467 BKSUP02

| | |
|---|---|
| NEW PAYMENT ADDRESS: | Freedom Mortgage Corporation<br>Attention: Payment Processing<br>11988 Exit 5 Pkwy Bldg. 4<br>Fishers, IN  46037-7939 |

Dated: June 19, 2024

                                                        */s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>CHRISTOPHER D MAMULA<br>THERESA HEINMILLER | Case No. 20-21203-GLT<br><br>Chapter 13 |
| FREEDOM MORTGAGE CORPORATION,<br><br>    Movant | <br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |
| vs.<br><br>CHRISTOPHER D MAMULA<br>THERESA HEINMILLER,<br>    Debtors<br>and<br><br>RONDA J. WINNECOUR<br>    Respondent | |

**CERTIFICATE OF SERVICE OF NOTICE OF CREDITOR'S CHANGE OF PAYMENT ADDRESS**

    I certify under penalty of perjury that on this day, I served or caused to be served the NOTICE OF CREDITOR'S CHANGE OF PAYMENT ADDRESS on the parties at the addresses shown below or on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

| | |
|---|---|
| Amy L. Zema, Esq.<br>Law Office of Amy L. Zema<br>2366 Golden Mile Highway #155<br>Pittsburgh, PA 15239<br>*Counsel for Debtor* | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

23-25467 BKSUP02

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

Christopher D Mamula
1466 Mobley Court
Frederick, MD 21701

Theresa Heinmiller
3920 South Mountain Road
Knoxville, MD 21758
*Debtor*

 

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>June 19, 2024</u>

<div style="margin-left:auto;">

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

</div>

**PAWB Local Form 7 (07/13)**

23-25467 BKSUP02