2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 20-21203-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Christopher D. Mamula<br>1466 Mobley Court<br>Frederick MD 21701 | Theresa Heinmiller<br>3920 South Mountain Road<br>Knoxville MD 21758 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/01/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 | Freedom Mortgage / Attn: Bankruptcy Department<br>11988 Exit 5 Pkwy., Bldg. 4<br>Fishers, IN 46037-7939 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/04/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21203-GLT |
| Christopher D. Mamula | Chapter 13 |
| Theresa Heinmiller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 02, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15815101 | + Email/Text: BKelectronicnotices@cenlar.com | Jul 02 2024 23:43:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Amy L. Zema
     on behalf of Joint Debtor Theresa Heinmiller amy@zemalawoffice.com

Amy L. Zema
     on behalf of Debtor Christopher D. Mamula amy@zemalawoffice.com

Bradley Joseph Osborne
     on behalf of Creditor Carvana  LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Denise Carlon
     on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com

Garry Alan Masterson

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 02, 2024 | Form ID: trc | Total Noticed: 1 |

            on behalf of Creditor Discover Bank pitecf@weltman.com  gmasterson@weltman.com

Keri P. Ebeck

            on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
            btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon

            on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel

            on behalf of Creditor Freedom Mortgage Corporation matthew.fissel@brockandscott.com  wbecf@brockandscott.com

Office of the United States Trustee

            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

            cmecf@chapter13trusteewdpa.com

S. James Wallace

            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11