Certificate Number: 12433-PAW-DE-039475208

Bankruptcy Case Number: 20-21203



12433-PAW-DE-039475208

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2025, at 12:00 o'clock PM EDT, Theresa Heinmiller completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 24, 2025                By:    /s/Lisa Susoev

                                     Name:  Lisa Susoev

                                     Title: Teacher