Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christopher D. Mamula** | : | Case No. 20−21203−GLT |
| **Theresa Heinmiller** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 171 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 10/22/25 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this *The 1st of August, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 171 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before September 15, 2025**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***October 22, 2025 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

                                                    */s/ Gregory L. Taddonio*
                                                  Gregory L. Taddonio, Chief Judge
                                                  United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21203-GLT |
| Christopher D. Mamula | Chapter 13 |
| Theresa Heinmiller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 01, 2025 | Form ID: 604 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher D. Mamula, 1466 Mobley Court, Frederick, MD 21701-9113 |
| jdb | + | Theresa Heinmiller, 3920 South Mountain Road, Knoxville, MD 21758-9603 |
| 15228430 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15227622 | + | Deville Asset Management, 1132 Glad Road, Colleyville, TX 76034-4227 |
| 15227635 | + | SST/BRWRFRST, 4315 Picket Road, Saint Joseph, MO 64503-1600 |
| 15227634 | + | Second Round LP, c/o Ratchford Law Group, 409 Lackawana Ave., Ste 3C, Scranton, PA 18503-2062 |
| 15227636 | + | U.S. Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. United States Courth, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15227638 | + | Velocity Investment, c/o Burton Neil & Assoc., 1060 Andrew Dr., Suite 170, West Chester, PA 19380-5601 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 02 2025 00:32:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2025 00:41:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15815101 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 02 2025 00:32:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15227613 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 02 2025 00:32:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15227614 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 02 2025 00:32:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15227616 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 02 2025 00:32:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 15227618 | | Email/Text: BKY@conserve-arm.com | Aug 02 2025 00:32:00 | Conserve, PO Box 7, Fairport, NY 14450 |
| 15227621 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 02 2025 00:40:02 | CW Nexus Credit Card, 101 Crossways Park, Woodbury, NY 11797-2020 |
| 15232261 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 02 2025 00:40:06 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15227615 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2025 00:41:07 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15229872 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2025 00:40:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15227617 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 20-21203-GLT   Doc 174   Filed 08/03/25   Entered 08/04/25 00:31:23   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: 604 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 02 2025 00:32:00 | Comenity Capital Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 15227619 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2025 01:21:47 | Credit One Bank, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 15227620 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2025 00:41:07 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15227623 | | Email/Text: mrdiscen@discover.com | Aug 02 2025 00:31:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15227624 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2025 00:39:22 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 15252150 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2025 00:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15229159 | | Email/Text: mrdiscen@discover.com | Aug 02 2025 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15253303 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 02 2025 00:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15227625 | + | Email/Text: contact@fiwlaw.com | Aug 02 2025 00:32:00 | Frederick Weinberg, Esq., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15815102 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 02 2025 00:32:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 15227626 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2025 00:32:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15227627 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 02 2025 00:39:16 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15236319 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 02 2025 00:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15330071 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2025 00:40:52 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15227628 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 02 2025 00:32:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15227629 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2025 00:32:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15250114 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2025 00:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15227630 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2025 00:32:00 | Midland Funding, 320 East Big Beaver Rd. #300, Troy, MI 48083-1271 |
| 15249142 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2025 00:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15227631 | + | Email/Text: bankruptcy@moneylion.com | Aug 02 2025 00:32:00 | Moneylion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 15227632 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2025 00:53:57 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15246721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2025 00:40:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15231190 | + | Email/Text: ebnpeoples@grblaw.com | Aug 02 2025 00:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15242782 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2025 00:32:00 | Quantum3 Group LLC as agent for, Deville Asset Management Limited, PO Box 788, Kirkland, WA 98083-0788 |

Case 20-21203-GLT    Doc 174    Filed 08/03/25    Entered 08/04/25 00:31:23    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: 604 | Total Noticed: 50 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15250816 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2025 00:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15250386 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 02 2025 00:32:00 | Regency Finance Company, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15251767 | | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 02 2025 00:32:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15227633 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 02 2025 00:32:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 15228024 | ^ | MEBN | Aug 02 2025 00:12:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15227637 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 02 2025 00:31:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15250569 | | Email/PDF: ebn_ais@aisinfo.com | Aug 02 2025 00:40:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carvana, LLC |
| cr | | Discover Bank |
| cr | *+ | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Christopher D. Mamula amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Theresa Heinmiller amy@zemalawoffice.com |
| Andrew L. Spivack | |

Case 20-21203-GLT    Doc 174    Filed 08/03/25    Entered 08/04/25 00:31:23    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 01, 2025 | Form ID: 604 | Total Noticed: 50 |

on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Bradley Joseph Osborne
    on behalf of Creditor Carvana  LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Denise Carlon
    on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor Discover Bank pitecf@weltman.com  gmasterson@weltman.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11