IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21203-GLT |
| CHRISTOPHER D. MAMULA, | : | Chapter 13 |
| THERESA HEINMILLER, | : | |
|     Debtors. | : | |
| | : | |
| _____ | : | Document No. |
| THERESA HEINMILLER, | : | |
|     Joint Debtor, | : | |
| | : | |
|     v. | : | |
| | : | |
| | : | |
| NO RESPONDENT, | : | |
|     Respondent. | : | |

**JOINT DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Joint Debtor has made all payments required by the Chapter 13 Plan.

2. The Joint Debtor is not required to pay any Domestic Support Obligations.

3. The Joint Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Joint Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 24, 2025, at docket number 163, Joint Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Post-petition Instructional Course in Personal Financial Management Course.*

5. To-date, Debtor has not complied with F.R.B.P 1007(c).

This Certification is being signed under penalty of perjury: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 9, 2025                                     /s/ Amy L. Zema
                                                                               Amy L. Zema, Esquire
                                                                               Attorney for Debtor
                                                                               PA ID: 74701
                                                                               2366 Golden Mile Hwy., #155
                                                                               Pittsburgh, PA 15239
                                                                               (412) 744-4450 Telephone
                                                                               amy@zemalawoffice.com

**PAWB Local Form 24 (07/13)**