| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher D. Mamula<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3525<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Theresa Heinmiller<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6384<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    20–21203–GLT | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher D. Mamula                    Theresa Heinmiller

10/16/25                                **By the court:** Gregory L Taddonio
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                        **Chapter 13 Discharge**                        page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-21203-GLT
Christopher D. Mamula     Chapter 13
Theresa Heinmiller
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Oct 16, 2025     Form ID: 3180W     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher D. Mamula, 1466 Mobley Court, Frederick, MD 21701-9113 |
| jdb | + | Theresa Heinmiller, 3920 South Mountain Road, Knoxville, MD 21758-9603 |
| 15228430 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15227622 | + | Deville Asset Management, 1132 Glad Road, Colleyville, TX 76034-4227 |
| 15227635 | + | SST/BRWRFRST, 4315 Picket Road, Saint Joseph, MO 64503-1600 |
| 15227634 | + | Second Round LP, c/o Ratchford Law Group, 409 Lackawana Ave., Ste 3C, Scranton, PA 18503-2062 |
| 15227636 | + | U.S. Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. United States Courth, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15227638 | + | Velocity Investment, c/o Burton Neil & Assoc., 1060 Andrew Dr., Suite 170, West Chester, PA 19380-5601 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 17 2025 04:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 17 2025 04:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2025 00:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | EDI: PRA.COM | Oct 17 2025 04:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15815101 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 17 2025 00:38:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15227613 | + | EDI: TSYS2 | Oct 17 2025 04:32:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15227614 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 17 2025 00:38:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15227616 | + | EDI: PHINGENESIS | Oct 17 2025 04:32:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 15227618 | | Email/Text: BKY@conserve-arm.com | Oct 17 2025 00:37:00 | Conserve, PO Box 7, Fairport, NY 14450 |
| 15227621 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:40:38 | CW Nexus Credit Card, 101 Crossways Park, Woodbury, NY 11797-2020 |
| 15232261 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:56:19 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15227615 | + | EDI: CAPITALONE.COM | | |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15229872 | | EDI: CAPITALONE.COM | Oct 17 2025 04:32:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| | | | Oct 17 2025 04:32:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15227617 | + | EDI: WFNNB.COM | Oct 17 2025 04:32:00 | Comenity Capital Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 15227619 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 00:40:44 | Credit One Bank, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 15227620 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 00:42:10 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15227623 | | EDI: DISCOVER | Oct 17 2025 04:32:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15227624 | | EDI: CITICORP | Oct 17 2025 04:32:00 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 15252150 | | EDI: Q3G.COM | Oct 17 2025 04:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15229159 | | EDI: DISCOVER | Oct 17 2025 04:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15253303 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 17 2025 00:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15227625 | + | Email/Text: contact@fiwlaw.com | Oct 17 2025 00:38:00 | Frederick Weinberg, Esq., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15815102 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2025 00:38:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 15227626 | + | EDI: IRS.COM | Oct 17 2025 04:32:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15227627 | + | EDI: JPMORGANCHASE | Oct 17 2025 04:32:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15236319 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 17 2025 00:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15330071 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:41:22 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15227628 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 17 2025 00:37:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15227629 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 00:38:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15250114 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 00:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15227630 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 00:38:00 | Midland Funding, 320 East Big Beaver Rd. #300, Troy, MI 48083-1271 |
| 15249142 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 00:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15227631 | + | Email/Text: bankruptcy@moneylion.com | Oct 17 2025 00:38:00 | Moneylion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 15227632 | | EDI: PRA.COM | Oct 17 2025 04:32:00 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15246721 | | EDI: PRA.COM | Oct 17 2025 04:32:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15231190 | + | Email/Text: ebnpeoples@grblaw.com | | |

Case 20-21203-GLT    Doc 180    Filed 10/18/25    Entered 10/19/25 00:30:10    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 3180W | Total Noticed: 52 |

|  |  | Oct 17 2025 00:37:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
|---|---|---|---|
| 15242782 | EDI: Q3G.COM | Oct 17 2025 04:32:00 | Quantum3 Group LLC as agent for, Deville Asset Management Limited, PO Box 788, Kirkland, WA 98083-0788 |
| 15250816 | EDI: Q3G.COM | Oct 17 2025 04:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15250386 | + Email/Text: bankruptcy@marinerfinance.com | Oct 17 2025 00:37:00 | Regency Finance Company, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15251767 | EDI: SALLIEMAEBANK.COM | Oct 17 2025 04:32:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15227633 | + EDI: SALLIEMAEBANK.COM | Oct 17 2025 04:32:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 15228024 | + EDI: PRA.COM | Oct 17 2025 04:32:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15227637 | + EDI: USAA.COM | Oct 17 2025 04:32:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15250569 | EDI: AIS.COM | Oct 17 2025 04:32:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Carvana, LLC |
| cr |  | Discover Bank |
| cr | *+ | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 16, 2025 | Form ID: 3180W | Total Noticed: 52 |

Amy L. Zema
    on behalf of Debtor Christopher D. Mamula amy@zemalawoffice.com

Amy L. Zema
    on behalf of Joint Debtor Theresa Heinmiller amy@zemalawoffice.com

Andrew L. Spivack
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com

Bradley Joseph Osborne
    on behalf of Creditor Carvana  LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Denise Carlon
    on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor Discover Bank pitecf@weltman.com  gmasterson@weltman.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 11