FILED
10/16/25 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CHRISTOPHER D. MAMULA
    THERESA HEINMILLER
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-21203

Chapter 13

Related to Docket No. 171

**ORDER OF COURT**

  AND NOW, this _____ 16th Day of October, 2025 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6).  After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Gregory L. Taddonio_

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-21203-GLT

Christopher D. Mamula                                                          Chapter 13

Theresa Heinmiller

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher D. Mamula, 1466 Mobley Court, Frederick, MD 21701-9113 |
| jdb | + | Theresa Heinmiller, 3920 South Mountain Road, Knoxville, MD 21758-9603 |
| 15228430 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15227622 | + | Deville Asset Management, 1132 Glad Road, Colleyville, TX 76034-4227 |
| 15227635 | + | SST/BRWRFRST, 4315 Picket Road, Saint Joseph, MO 64503-1600 |
| 15227634 | + | Second Round LP, c/o Ratchford Law Group, 409 Lackawana Ave., Ste 3C, Scranton, PA 18503-2062 |
| 15227636 | + | U.S. Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. United States Courth, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15227638 | + | Velocity Investment, c/o Burton Neil & Assoc., 1060 Andrew Dr., Suite 170, West Chester, PA 19380-5601 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2025 00:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 00:56:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15815101 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 17 2025 00:38:00 | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15227613 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 17 2025 00:38:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15227614 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 17 2025 00:38:00 | Bridgecrest, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15227616 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 17 2025 00:38:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 15227618 | | Email/Text: BKY@conserve-arm.com | Oct 17 2025 00:37:00 | Conserve, PO Box 7, Fairport, NY 14450 |
| 15227621 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:56:28 | CW Nexus Credit Card, 101 Crossways Park, Woodbury, NY 11797-2020 |
| 15232261 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:41:18 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15227615 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 00:56:19 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15229872 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 00:42:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15227617 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 00:38:00 | Comenity Capital Ulta, PO Box 182120, Columbus, OH 43218-2120 |

District/off: 0315-2       User: auto       Page 2 of 4

Date Rcvd: Oct 16, 2025       Form ID: pdf900       Total Noticed: 50

| | | | | |
|---|---|---|---|---|
| 15227619 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 00:56:15 | Credit One Bank, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 15227620 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 00:41:38 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15227623 | | Email/Text: mrdiscen@discover.com | Oct 17 2025 00:37:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15227624 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 00:56:15 | DSNB/Macy's, PO Box 8218, Mason, OH 45040 |
| 15252150 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15229159 | | Email/Text: mrdiscen@discover.com | Oct 17 2025 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15253303 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 17 2025 00:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15227625 | + | Email/Text: contact@fiwlaw.com | Oct 17 2025 00:38:00 | Frederick Weinberg, Esq., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15815102 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2025 00:38:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-7939 |
| 15227626 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 00:38:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15227627 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2025 00:42:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15236319 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 17 2025 00:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15330071 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:42:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15227628 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 17 2025 00:37:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15227629 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 00:38:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15250114 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 00:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15227630 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 00:38:00 | Midland Funding, 320 East Big Beaver Rd. #300, Troy, MI 48083-1271 |
| 15249142 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 00:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15227631 | + | Email/Text: bankruptcy@moneylion.com | Oct 17 2025 00:38:00 | Moneylion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 15227632 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 01:06:59 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15246721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 00:41:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15231190 | + | Email/Text: ebnpeoples@grblaw.com | Oct 17 2025 00:37:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15242782 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:38:00 | Quantum3 Group LLC as agent for, Deville Asset Management Limited, PO Box 788, Kirkland, WA 98083-0788 |
| 15250816 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 50

|  |  |  |  | 98083-0788 |
|---|---|---|---|---|
| 15250386 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 17 2025 00:37:00 | Regency Finance Company, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15251767 |  | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 17 2025 00:38:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15227633 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 17 2025 00:38:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 15228024 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 00:40:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15227637 | + | Email/Text: bkelectronicnotices@usaa.com | Oct 17 2025 00:37:00 | USAA Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 15250569 |  | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 00:42:08 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Carvana, LLC |
| cr |  | Discover Bank |
| cr | *+ | AmeriHome Mortgage Company, LLC, C/O Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Christopher D. Mamula amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Theresa Heinmiller amy@zemalawoffice.com |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Bradley Joseph Osborne | |

on behalf of Creditor Carvana  LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Denise Carlon
on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com

Garry Alan Masterson
on behalf of Creditor Discover Bank pitecf@weltman.com  gmasterson@weltman.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 11