**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21203-GLT |
| CHRISTOPHER D. MAMULA, | : | Chapter 13 |
| THERESA HEINMILLER, | : | |
| Debtors. | : | |
| | : | |
| | : | Document No. |
| THERESA HEINMILLER, | : | |
| Movant, | : | |
| | : | **Date and time of hearing:** |
| v. | : | **November 26, 2025 at 9:00 a.m.** |
| | : | |
| | : | |
| Christopher Mamula, Debtor and | : | |
| Ronda Winnecour, Trustee, | : | |
| Respondents. | : | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Amy L. Zema, certify under penalty of perjury that I served the Motion For Amended Disbursement of Debtor Refund, Proposed Order, and Notice of Hearing via electronic mail and/or first class mail postage prepaid on the following:

Ronda Winnecour, Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Christopher Mamula, Debtor
1466 Mobley Court
Frederick, MD 21701
cmamula@gmail.com


Date:  October 21, 2025                    /s/Amy L. Zema
                                           Amy L. Zema, Esquire
                                           PA ID: 74701
                                           2366 Golden Mile Highway, #155
                                           Pittsburgh, PA 15239
                                           (412) 744-4450
                                           amy@zemalawoffice.com
                                           *Attorney for Debtors*