# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21203-GLT |
| CHRISTOPHER D. MAMULA, | : | Chapter 13 |
| THERESA HEINMILLER, | : | |
| Debtors. | : | |
| | : | |
| | : | Document No. |
| THERESA HEINMILLER, | : | |
| Movant, | : | |
| | : | **Date and time of hearing:** |
| v. | : | **November 26, 2025 at 9:00 a.m.** |
| | : | |
| | : | |
| Christopher Mamula, Debtor and | : | |
| Ronda Winnecour, Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Amended Disbursement of Debtor Refund filed at Document 182 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Payment Change appears thereon. Pursuant to the Order scheduling Hearing, a response to the Objection to Payment Change were to be filed and served no later than November 7, 2025.

It is hereby respectfully requested that the Order attached to the Objection to Payment Change be entered by the Court, and the hearing scheduled for November 26, 2025 be canceled.

Dated: <u>November 19, 2025</u>　　　　　　　　　/s/ Amy L. Zema
　　　　　　　　　　　　　　　　　　　　　　　Amy L. Zema, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　PA ID: 74701
　　　　　　　　　　　　　　　　　　　　　　　2366 Golden Mile Hwy., #155
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15239
　　　　　　　　　　　　　　　　　　　　　　　(412) 744-4450 Telephone
　　　　　　　　　　　　　　　　　　　　　　　amy@zemalawoffice.com