FILED
11/20/25 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-21203-GLT |
| CHRISTOPHER D. MAMULA, | : | Chapter 13 |
| THERESA HEINMILLER, | : | |
|     Debtors. | : | |
| | : | |
| | : | Document No. 182 |
| THERESA HEINMILLER, JOINT DEBTOR | : | |
|     Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| Christopher Mamula, Debtor, | : | |
| Ronda Winnecour, Trustee, | : | |
|     Respondent. | : | |

## MODIFIED DEFAULT ORDER

AND NOW upon consideration of the Joint Debtor's Motion for Amended Disbursement of Debtor Refund, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Trustee is to stop payment on the Debtor refund check issued on July 25, 2025, and to re-issue two separate check to Debtor and Joint Debtor apportioning the refund amount as follows:

    A.  To Debtor Christopher Mamula, $324.37 representing his contribution of 14.42% of the total amount paid into the plan. The check to be made payable to Christopher Mamula and mailed to his residence at 1466 Mobley Court, Frederick, MD 21701

    B.  To Joint Debtor Theresa Heinmiller, $1,925.05 representing her contribution of 85.58% of the total amount paid into the plan. The check to be made payable to Theresa Heinmiller and mailed to her residence at 3920 South Mountain Road, Knoxville, MD 21758.

Prepared by:  Amy Zema, Esq.

**DEFAULT ENTRY**

Dated: November 20, 2025

_____
Gregory R. Taddonio    hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21203-GLT |
| Christopher D. Mamula | Chapter 13 |
| Theresa Heinmiller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher D. Mamula, 1466 Mobley Court, Frederick, MD 21701-9113 |
| jdb | + | Theresa Heinmiller, 3920 South Mountain Road, Knoxville, MD 21758-9603 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Joint Debtor Theresa Heinmiller amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Christopher D. Mamula amy@zemalawoffice.com |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bradley Joseph Osborne | on behalf of Creditor Carvana LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 2 |

Garry Alan Masterson
    on behalf of Creditor Discover Bank pitecf@weltman.com gmasterson@weltman.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 11