**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   CHRISTOPHER D. MAMULA
   THERESA HEINMILLER
        Debtor(s)

   Ronda J. Winnecour
        Movant
     vs.
   No Repondents.

Case No.:20-21203 GLT

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

     1.  The case was filed on 04/06/2020  and confirmed on 07/30/2020 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

     2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 157,696.95 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 157,696.95 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,250.00 | |
|   Trustee Fee | 8,122.73 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,372.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   LVNV FUNDING LLC | 18,935.52 | 18,935.52 | 2,169.39 | 21,104.91 |
|     Acct: 7401 | | | | |
| | | | | 21,104.91 |
| Priority | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER D. MAMULA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER D. MAMULA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THERESA HEINMILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THERESA HEINMILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER D. MAMULA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 20-21203 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CHRISTOPHER D. MAMULA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMY L ZEMA ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 5,946.95 | 5,946.95 | 0.00 | 5,946.95 |
| Acct: 6384 | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 86,740.45 | 0.00 | 86,740.45 |
| Acct: 0698 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6384 | | | | |
| INTERNAL REVENUE SERVICE* | 12,802.92 | 12,802.92 | 0.00 | 12,802.92 |
| Acct: 6384 | | | | |
| | | | | 105,490.32 |
| **Unsecured** | | | | |
| SALLIE MAE BANK | 0.00 | 10,035.94 | 0.00 | 10,035.94 |
| Acct: 6384 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,636.67 | 710.89 | 0.00 | 710.89 |
| Acct: 2497 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 1,475.30 | 397.76 | 0.00 | 397.76 |
| Acct: 5205 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 697.96 | 188.18 | 0.00 | 188.18 |
| Acct: 0620 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 697.21 | 187.98 | 0.00 | 187.98 |
| Acct: 6634 | | | | |
| INDIGO CREDIT CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0923 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 594.64 | 160.33 | 0.00 | 160.33 |
| Acct: 3970 | | | | |
| CONSERV | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1347 | | | | |
| CW NEXUS CREDIT CARD HOLDINGS I LL | 689.74 | 185.97 | 0.00 | 185.97 |
| Acct: 6704 | | | | |
| QUANTUM3 GROUP LLC - AGENT DEVILL | 2,388.24 | 643.91 | 0.00 | 643.91 |
| Acct: 8656 | | | | |
| DISCOVER BANK(*) | 2,044.28 | 551.17 | 0.00 | 551.17 |
| Acct: 5268 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 440.32 | 118.72 | 0.00 | 118.72 |
| Acct: 5739 | | | | |
| INTERNAL REVENUE SERVICE* | 2,946.06 | 794.31 | 0.00 | 794.31 |
| Acct: 6384 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH, | 4,874.81 | 1,314.33 | 0.00 | 1,314.33 |
| Acct: 2910 | | | | |
| MARINER FINANCE LLC | 850.85 | 229.41 | 0.00 | 229.41 |
| Acct: 4425 | | | | |
| MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0078 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,836.17 | 495.06 | 0.00 | 495.06 |
| Acct: 4024 | | | | |
| MIDLAND FUNDING LLC | 788.24 | 212.53 | 0.00 | 212.53 |
| Acct: 5278 | | | | |
| MONEY LION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4298 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 1,940.67 | 523.23 | 0.00 | 523.23 |
| Acct: 4224 | | | | |
| SST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3320 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0158 | | | | |

| 20-21203 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0458 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0158 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 331.91 | 89.49 | 0.00 | 89.49 |
| Acct: 0191 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,421.24 | 383.18 | 0.00 | 383.18 |
| Acct: 0940 | | | | |
| REGENCY FINANCE CO | 672.02 | 181.19 | 0.00 | 181.19 |
| Acct: 7847 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 66.48 | 17.92 | 0.00 | 17.92 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 215.39 | 58.07 | 0.00 | 58.07 |
| Acct: 7152 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4224 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SECOND ROUND LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BURTON NEIL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OFFICE OF US ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 17,479.57 |

TOTAL PAID TO CREDITORS                                144,074.80

TOTAL CLAIMED
PRIORITY            18,749.87
SECURED            18,935.52
UNSECURED        27.608.20

Date: 03/18/2026                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID
#30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m